# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRITTANY MORRISON,<br><br>               Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>              Defendant. | Case No. CV 10-04564-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security and Remanding for Further Proceedings filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and remanded for further proceedings in accordance with law and with the Memorandum Opinion and Order.

DATED: November 30, 2011

                                            */s/ John E. McDermott*
                                        JOHN E. MCDERMOTT
                              UNITED STATES MAGISTRATE JUDGE